IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

VALENCIA ROBINSON; A. T. by and through
his parent, C.M.; and JENNI SMITH                                         PLAINTIFFS

v.                                             CIVIL ACTION NO. 3:09CV537 WHB-LRA

DON THOMPSON, Executive Director
of the Mississippi Department of Human
Services, in his Official Capacity;
CHERYL E. SPARKMAN, Director of the
Division of Economic Assistance, in her
official capacity                                                        DEFENDANTS

## DEFENDANTS' MOTION TO DISMISS

**COME NOW** the Defendants, Don Thompson, Executive Director of the Mississippi Department of Human Services ["DHS"], and Cheryl E. Sparkman, Director of the Division of Economic Assistance for DHS, in their official capacities, and file this Motion to Dismiss pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure. Pursuant to the Memorandum of Authorities accompanying this Motion, including the assertion of Eleventh Amendment immunity, the Defendants respectfully request that this Court grant this Motion.

Wherefore, premises considered, the Defendants respectfully request that this Court GRANT the present Motion to Dismiss.

Respectfully submitted, this the 2nd day of October 2009.

                Respectfully submitted,
                DON THOMPSON AND CHERYL E. SPARKMAN, in
                their Official Capacities

BY: **JIM HOOD, ATTORNEY GENERAL
STATE OF MISSISSIPPI**

BY: */s Shawn S. Shurden*
SHAWN S. SHURDEN, MSB NO. 99678
SPECIAL ASSISTANT ATTORNEY GENERAL

*Counsel for Defendants Don Thompson and
Cheryl E. Sparkman*

Office of the Attorney General
Civil Litigation Division
Post Office Box 220
Jackson, Mississippi 39205
Telephone: (601) 359-3841
Facsimile: (601) 359-2003
sshur@ago.state.ms.us

## **CERTIFICATE OF SERVICE**

   I, Shawn S. Shurden, Special Assistant Attorney General of the State of Mississippi, do hereby certify that I have electronically filed the foregoing Defendants' Motion to Dismiss with the Clerk of the Court using the ECF system which sent notification of such filing to:

Kristy L. Bennett
American Civil Liberties Union of Mississippi
P. O. Box 2242
Jackson, MS 39225

Brigitte Amiri
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004

Daniel Mach
American Civil Liberties Union Foundation
915 15th Street, 6th Floor
Washington, CD 20005

This the 2nd day of October 2009.

                */s Shawn S. Shurden*
                SHAWN S. SHURDEN